### Eric Lee BLANCHARD, Appellant,

v.

### Misty Jo BLANCHARD, Respondent.

### No. WD 70706.

Missouri Court of Appeals,
Western District.

June 15, 2010.

James P. Barton, for Appellant.

William A. Shull, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Eric Lee Blanchard appeals from the circuit court's denial of his motion to set aside judgment. After a thorough review of the record, we conclude that no error of law appears and an extended opinion would have no precedential value. A memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).